UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES D. CHAVEZ, | ) | No. CV 18-4021 SJO (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| D. DAVEY, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 9, 2019

_____
S. JAMES OTERO
United States District Judge